**NOT FOR PUBLICATION**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| *IN RE*:<br>Bernard Andrew Rothman fdba SBR Tire Exchange Inc.,<br><br>*Debtor*;<br><br>---<br><br>Bernard Andrew Rothman,<br><br>*Plaintiff/Appellant*.<br><br>v.<br><br>SN Servicing Corporation as servicer for U.S. Bank Trust N.A. as Trustee of the Cabana Series IV Trust,<br><br>*Defendant/Appellee* | HONORABLE KAREN M. WILLIAMS<br><br>Civil Action<br><br>No. 25-7120 (KMW)<br><br><br><br>**MEMORANDUM OPINION AND ORDER** |

**WILLIAMS, District Judge:**

This matter comes before the Court by way of Defendant/Appellee SN Servicing Corporation's ("Appellee") unopposed Motion to Dismiss (Dkt. No. 6) *pro se* Plaintiff/Appellant Bernard Andrew Rothman's ("Appellant") appeal of the Opinion and Order of the Hon. Jerrold N. Poslusny, U.S.B.J., entered on May 22, 2025.

**WHEREAS**, Rule 8009(a) of the Federal Rules of Bankruptcy Procedure states that the Appellant must file a designation of the items to be included in the record on appeal; and

**WHEREAS**, Rule 8009(b) of the Federal Rules of Bankruptcy Procedure states that the Appellant must file and serve the designation within 14 days of after the notice of appeal has become effective; and

**WHEREAS**, Appellant filed his Notice of Appeal on June 2, 2025 (Dkt. No. 1), with a request to appeal directly to the U.S. Court of Appeals for the Third Circuit; and

**WHEREAS**, the Court denied the request for direct certification on July 7, 2025 (*see* Dkt. No. 6-14); and

**WHEREAS**, pursuant to Rule 8018(a)(4), "If an appellant fails to file a brief on time or within an extended time authorized under (a)(3), the district court or BAP may—on its own after notice or on the appellee's motion—dismiss the appeal"; and

**WHEREAS**, the docket entry for the Notice of Appeal to the United States District Court states that the Appellant Designation was due by June 16, 2025 (*see* Dkt. No. 6-15); and

**WHEREAS**, on July 2, 2025, the Deputy Clerk of the Bankruptcy Court filed a notice that the appellant had failed to file a designation of the record or a request for an extension of time (*see* Dkt. No. 6-15); and

**WHEREAS**, to date, Appellant has not filed an Appellant Brief, *see* Rule 8018(a)(4); and

**WHEREAS**, pursuant to L.Civ.R. 7.1(d)(2), Appellant's opposition to Appellee's Motion to Dismiss was due on September 22, 2025; and

**WHEREAS**, to date, Appellant has not opposed Appellee's Motion to Dismiss nor requested an extension of his time to do so;

**CONSEQUENTLY**, for all of the foregoing reasons; and for good cause shown;

**IT IS** this 7th day of **October, 2025** hereby **ORDERED** that:

(1) Appellee's Motion to Dismiss (Dkt. No. 6) is **GRANTED**.

(2) Appellant's Appeal (Dkt. No. 1) is **DISMISSED**.

KAREN M. WILLIAMS
U.S. DISTRICT COURT JUDGE